**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**FuturHealth, Inc**.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-11748 (JKS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pierson Ferdinand LLP appears on behalf of FuzeRx Pharmacy LLC, f/k/a Alto Pharmacy, LLC ("**FuzeRx**"), a creditor and party in interest in the above-captioned chapter 11 case, under Bankruptcy Code section 1109(b) and Bankruptcy Rule 9010(b). Under Bankruptcy Code sections 102(1), 342, and 1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010(b), Pierson Ferdinand LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Mette H. Kurth (DE Bar No. 6491)
PIERSON FERDINAND LLP
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, DE 19810
Telephone: (302) 907-9262
Email: mette.kurth@pierferd.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in Bankruptcy Rules 2002 and 9010(b) but also any notice, application,

[1] The Debtor's mailing address is 325 W. Washington Street, Suite 2944, San Diego, CA 92103-1946, and the last four digits of the Debtor's federal tax identification number are 1229.

complaint, demand, motion, petition, pleading, request, or order, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email, or otherwise filed or made in this case or any related proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit waives:

1. Any right to have final orders in non-core matters entered only after *de novo* review by a District Judge;

2. Any right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case;

3. Any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal;

4. Any right to seek transfer of venue of any matter; or

5. Any other rights, claims, actions, defenses, setoffs, or recoupments to which FuzeRx may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 4, 2026

*/s/ Mette H. Kurth*

Mette H. Kurth (DE Bar No. 6491)
PIERSON FERDINAND LLP
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, DE 19810
Telephone: (302) 907-9262
Email: mette.kurth@pierferd.com
*Counsel for FuzeRx Pharmacy LLC, f/k/a Alto Pharmacy, LLC*