**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUTURHEALTH, INC.,[1] | ) | Case No. 26-11748 (JKS) |
| | ) | |
| Debtor. | ) | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| | ) | |

Under Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **FuzeRX Pharmacy LLC f/k/a Alto Pharmacy, LLC.**, Attn: Sarah Dornstauder, 8407 Firebird Drive, Suite 300, West Chester, OH 45014, Phone: 800-874-5881, Email: legal@fuzehealth.com.

2. **SteadyMD, a DocGo Company,** Attn: Guy Friedman, 685 3rd Ave., Floor 9 (Suite 900), New York, NY 10017, Phone: 917-733-2383, Email: guy@steadymd.com.

ANDREW R. VARA
United States Trustee, Region 3

*/s/ Hannah J. McCollum* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: November 17, 2026

Attorney assigned to this Case: Hannah McCollum, Esq. (Tel.: 202-573-3275; email: hannah.mccollum@usdoj.gov)
Debtor's Counsel: Christopher Samis, Esq. (Tel: 302-313-0568, email: Christopher.Samis@icemiller.com)

[1] The Debtor's mailing address is 325 W. Washington Street Suite 2944, San Diego, CA 92103-1946, and the last four digits of the Debtor's federal tax identification number are 1229.